IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03305-BNB

EDWARD HUDSON,

    Applicant,

v.

MICHAEL MILLER, Warden, Crowley County Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion for status (ECF Nos. 13) that Applicant filed *pro se* on April 25, 2013. The motion for status is GRANTED. The Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) currently is pending before the Court, and will be dealt with in due course. No further motions are necessary.

Dated:  April 26, 2013